IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CHARLES R. KETTLE, JR.,

        Plaintiff,                     No. CIV S-06-1786 FCD EFB P

    vs.

CITY OF MODESTO, et al.,

        Defendants.            ORDER

_____/

        Plaintiff, a state prisoner without counsel, has filed a civil rights action. See 42 U.S.C. § 1983. He requests leave to proceed *in forma pauperis*.

        Plaintiff alleges a violation of his civil rights in Modesto, California. Modesto is in the Fresno Division of this court and the action should have been commenced there. See Local Rule 3-120(b). The court has not yet ruled on plaintiff's request to proceed *in forma pauperis*.

        Accordingly, it is hereby orderd that:

        1. This action is transferred to the Fresno Division;

        2. The Clerk of Court shall assign a new case number; and

////

////

////

3. All future filings shall bear the new case number and shall be filed at:

>United States District Court
>Eastern District of California
>1130 "O" Street
>Fresno, CA 93721

Dated: August 29, 2006.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

\kett1786.trnsfr to fresno

2